FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

**MACKEY** (Last Name)   _____ (Identification Number)

**RONNIE** (First Name)   **FANTAE** (Middle Name)

**333 SHEEPLO LOOP** (Institution)

**PETAL MS 39465** (Address)

*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 1 2 2010
J. T. NOBLIN, CLERK
BY_____ DEPUTY

V.

**JUDGE, ROBERT B. HELFRICH /**
**Assistant D.A, PATRICIA BURCHELL /**
**FORREST COUNTY**

CIVIL ACTION NUMBER: 2:10cv172-KS-MTP
*(to be completed by the Court)*

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

   1. Parties to the action: _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): _____

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: RONNIE MACKEY  Prisoner Number: N/A

Address: 333 SHEEPLO LOOP
PETAL MS. 39465

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: ROBERT B. HELFRICH is employed as CIRCUIT COURT JUDGE at FORREST COUNTY CIRCUIT COURT

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: RONNIE MACKEY   ADDRESS: 333 SHEEPLO LOOP
PETAL MS. 39465

DEFENDANT(S):

NAME:   ADDRESS:

JUDGE, ROBERT B HELFRICH   P.O. BOX 309, HATTIESBURG MS 39403

Ass't D.A, Patricia Burchell   P.O. BOX 166, HATTIESBURG MS. 39403

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( )   No (✔)

B. Are you presently incarcerated for a parole or probation violation?

Yes ( )   No (✔)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )   No (✔)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )   No (✔)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( )   No ( ), if so, state the results of the procedure: _____

_____

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

Yes ( )   No ( )

2. State how your claims were presented (written request, verbal request, request for forms): _____

_____

_____

3. State the date your claims were presented: _____

4. State the result of the procedure: _____

_____

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

Judge Helfrich, and Patricia Burchell violated my constitutional rights and caused me to be arrested illegally on March 30, 2007, and caused my 30 year suspended sentence term to be revoked illegally on April 10, 2007, and caused me to be sentenced to a 30 year prison term within M.D.O.C. I appealed this action, and after 3 years of maximum security imprisonment, the Mississippi Supreme Court on June 7, 2010, reversed my sentence, and reversed the Circuit Court's revocation of my suspended sentence, and ordered my release from incarceration. I was wrongfully imprisoned for 39 months because of the actions of the Forrest County Circuit Court, as I still would have been, with a 30 year prison sentence, if not for the Mississippi Supreme Court correcting the injustice.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I seek compensation because I was gainfully employed before this happened to me, I was earning $7,188.00 a month as an industrial safety specialist, 39 months of lost wages is $280,332, I'm also seeking punitive damages of 300 times my lost wages, for the false arrest, false imprisonment, abuse of process, malicious prosecution and psychological injuries inflicted on me for a total amount of $84,379,932

Signed this 12th day of July, 2010.

_Ronnie Mackey_
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

July 12, 2010
(Date)

_Ronnie Mackey_
Signature of plaintiff

4